**Dismissed and Memorandum Opinion filed December 1, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00592-CV

_____

**JAMIE A. ROBINSON, AS Beneficiary on behalf of the Jamie A. Robinson
1967 Trust, JAMIE ROBINSON, Individually, JAMIE A. ROBINSON, as
Beneficiary on Behalf of Irrevocable Grantor Trust No. 6, FIGHTERTOWN, INC.,
906 TOULOUSE STREET, LLC, JIM A. ROBINSON FOUNDATION, INC., and
DILLAGAF, INC., Appellants**

**V.**

**EDWARD A. RENN & WITHERS Bergman, LLP, Appellees**

---

**On Appeal from the Probate Court No. 2
Harris County, Texas
Trial Court Cause No. 225,643-403**

---

## MEMORANDUM   OPINION

This is an accelerated appeal from an order granting appellees' special appearance signed June 15, 2011.   The clerk's record was filed July 14, 2010.   The reporter's record was filed July 18, 2011.   Appellants' brief was due originally due August 8, 2011.   Appellants requested and were granted an extension of time to file their brief until October 7, 2011.   Appellants did not file a brief or a further motion for extension of time.

On November 3, 2011, this court issued an order stating that unless appellants filed a brief, and a motion reasonably explaining why the brief was late, on or before November 18, 2011, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellants filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Anderson and Christopher.